UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO AGUILAR CARREON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>Respondents. | Case No. 26-cv-00727-BAS-SBC<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Luis Alberto Aguilar Carreon filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner was detained inside the United States after living here for seven years. (*Id.* ¶ 13.) An Immigration Judge ("IJ") has ruled Petitioner's detention is mandatory under 8 U.S.C. § 1225 because of the Board of Immigration Appeals ("BIA") decision in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025). (*Id.* ¶ 13.) Petitioner filed this Petition seeking immediate release. (ECF No. 1.)

The Government filed a Return acknowledging "that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF No. 4.)

    This Court has previously held in multiple cases that it agrees with the Central District in *Maldonado Bautista v. Santacruz*, __ F. Supp. 3d __, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), that an individual in Petitioner's situation is not subject to mandatory detention under Section 1225. *See, e.g.*, *Gregorio v. LaRose*, No. 25-cv-03322-BAS-BJW, 2025 WL 3653998 (S.D. Cal. Dec. 17, 2025); *Zayas v. Gordon*, No. 26-cv-00237-BAS-DEB, 2026 WL 266275 (S.D. Cal. Feb. 2, 2026); *Trujillo v. Noem*, No. 26-cv-00268-BAS-VET, 2026 WL 266496 (S.D. Cal. Feb. 2, 2026). Hence, for all of the reasons stated in these previous opinions, the Court **GRANTS** the Petition in part. Petitioner requests immediate release. Instead, the Court finds it appropriate to order Respondents to hold a bond hearing to determine under what conditions Petitioner could be released.

    Accordingly, the Court issues the following writ:

    The Court **ORDERS** that Petitioner Luis Alberto Aguilar Carreon be given a bond hearing before an Immigration Judge within 14 days of the date of this Order. His bond hearing shall be governed by 8 U.S.C. § 1226(a), not § 1225(b)(2). If no bond hearing is held within that time frame, the Court **ORDERS** that Petitioner be immediately released under reasonable conditions of supervision.

The Clerk of the Court shall close the case.

    **IT IS SO ORDERED.**

DATED: February 17, 2026

                                        **Hon. Cynthia Bashant, Chief Judge**
                                        **United States District Court**